IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL BOUIE, | No. CIV S-10-3304-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| VINCENT S. CULLEN, | |
|     Respondent. | |
|                                      / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 24, 2011, the court dismissed petitioner's petition and directed petitioner to file an amended petition and to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days. Petitioner was warned that failure to file an amended petition and resolve the fee status of this case may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. Petitioner requested additional time to comply and on September 2, 2011, the court granted that request, providing petitioner an additional 30 days. To date, petitioner has not complied, and more than 30 days has passed.

/ / /

Petitioner shall show cause in writing, within 20 days of the date of this order, why this action should not be dismissed for failure to file an amended petition and resolve the fee status for this case. Petitioner is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.

DATED: October 17, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE