**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DARYL BOUIE,

Petitioner,

vs.

VINCENT S. CULLEN,

Respondent.

______________________________/

No. CIV S-10-3304-CMK-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On October 18, 2011, the court issued petitioner an order to show cause why this action should not be dismissed for his failure to file an amended petition and resolve the fee status for this case. No response from petitioner has been received within the time provided. Petitioner was warned that his failure to file an amended petition and resolve the fee status of this case may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. He was also warned that his failure to respond to the

order to show cause would result in the dismissal of this action for those reasons as well as his failure to prosecute.

Given the lack of response from petitioner, as well as his failure to file an amended petition, and resolve his fee status, the court finds it appropriate to dismiss this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed for petitioner's failure to file an amended petition, resolve his fee status, and respond to court orders; and

2. The Clerk of the Court is directed to enter judgment and close this case.

DATED: December 1, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE